**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **JUSTIN ADAMS,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| V. | ) | CIVIL NO. 2:17-CV-355-DBH |
| | ) | |
| **POLAND SPRING WATER CO.** | ) | |
| **OWNER, ET AL.,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On January 2, 2018, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision Based on Plaintiff's Failure to Prosecute. The time within which to file an objection expired on January 18, 2018, and no objection has been filed. The court's mailing to the plaintiff was returned by the Post Office was returned as undeliverable, and the plaintiff has not provided the court with a forwarding address. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**DATED THIS 9TH DAY OF FEBRUARY, 2018**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**