# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| JUSTIN ADAMS, | ) |
|                PLAINTIFF | ) |
| v. | ) CIVIL NO. 2:17-CV-355-DBH |
| POLAND SPRING WATER CO. OWNER, ET AL., | ) |
|                DEFENDANT | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On June 6, 2019, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision on Motion to Reopen. The time within which to file an objection expired on June 20, 2019, and no objection has been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion to reopen the case is **DENIED**.

I hereby place Justin Adams on **Notice** that filing restrictions "may be in the offing." Cok v. Family Court of Rhode Island, 985 F.2d 32, 35 (1st Cir. 1993). This represents the "cautionary order" of which Cok speaks. Id. Groundless and inappropriate filings will not be tolerated.

**SO ORDERED.**

**DATED THIS 8TH DAY OF JULY, 2019**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**